1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO, CALIFORNIA

| | |
|---|---|
| DEMETRIO A. QUINTERO, | ) 1: 12-cv-00676-AWI-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| CLOVIS UNIFIED SCHOOL DISTRICT, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

April 30, 2012, plaintiff Demetrio Quintero ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:   May 7, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                    UNITED STATES MAGISTRATE JUDGE