# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO A. QUINTERO<br><br>        Plaintiff,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, and DOES 1 to 8,<br><br>        Defendants. | 1: 12-cv-00676-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br><br>(Doc. No. 5) |

On April 30, 2012, plaintiff Demetrio Quintero ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint in this Court against the Clovis Unified School District ("CUSD" or "Defendant"). Plaintiff alleges he was discriminated against on the basis of race when Defendant refused to award him a sports officiating contract in violation of 42 U.S.C. §§ 2000d and 2000e-2. (Doc. 1.) The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2012, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendation ("F&R") that recommended dismissing the 28 U.S.C. § 2000e-2 claim without leave to amend. (Doc. 5.) However, the F&R found that Plaintiff's claim under 28 U.S.C. § 2000d was sufficiently pled for purposes of pro se screening and should not be dismissed. Id. The F&R was served on Plaintiff and contained notice that any objections to the F&R were to be filed within thirty days of service of the Order. (Doc. 6, 5: 2-3.) No objections have been filed.

1    In accordance with the provisions of Title 28 of the United States Code section 636(b), the Court has reviewed the case. The Court finds that the F&R is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 6, 2012, (Doc. No. 5) is ADOPTED in full;
2. Plaintiff's claims 28 U.S.C. § 2000e-2 are DISMISSED WITHOUT LEAVE TO AMEND; and
3. Plaintiff's claims under 28 U.S.C. § 2000d may proceed as they are sufficiently pled for purposes of pro se screening.

IT IS SO ORDERED.

Dated:   October 4, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE