# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO A. QUINTERO,<br><br>  Plaintiff,<br><br>  v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT,<br><br>  Defendants. | 1: 12-cv-00676-AWI-BAM<br><br>**ORDER CLARIFYING VIABLE CLAIMS PRESENTED IN PLAINTIFF'S COMPLAINT;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |

**I.   Clarification of Viable Claims Plaintiff's Complaint**

On June 6, 2012, this Court issued Findings and Recommendations recommending that Plaintiff's causes of action against Clovis Unified School District ("Defendant") under Title VII of the Civil Rights Act of 1964, Section 2000e-2 be dismissed without leave to amend.  (Doc. 5.) The Court further recommended that Plaintiff's claims under 42 U.S.C. § 2000d were pled sufficiently for screening purposes.  (Doc. 5.)  These Findings and Recommendations were adopted in full by the District Judge on October 5, 2012.  (Doc. 7.)  Therefore, the remaining viable causes of action against Defendant fall under 42 U.S.C. § 2000d.

1

**II.     USM-285 Forms**

Because Plaintiff is proceeding in forma pauperis, service of Plaintiff's Complaint will be effected by way of the United States Marshal.  *See* Fed. R. Civ. P. 4(c)(3).

In accordance with the above, this Court has determined as follows:

1. Service is appropriate for Defendant Clovis Unified School District;
2. The Clerk of the Court shall send Plaintiff a single USM-285 form, and summons, an instruction sheet, a copy of the Complaint filed on April 30, 2012, and a copy of this Order;
3. **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and return the completed Notice to the Court with the following documents:
   a. Completed summons;
   b. A completed USM-285 form for the Defendant listed above;
   c. Two copies of Plaintiff's Complaint, filed April 30, 2012; and
   d. A copy of this Order, dated October 16, 2012;
4. Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;
5. *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*

IT IS SO ORDERED.

Dated:   **October 16, 2012**                    **/s/ Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE