IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO A. QUINTERO,              )<br>                                                         )<br>              Plaintiff,                       )<br>                                                         )<br>     v.                                              )<br>                                                         )<br>CLOVIS UNIFIED SCHOOL DISTRICT,)<br>et al., and DOES 1 TO 8,              )<br>                                                         )<br>              Defendants.                  )<br>_____ ) | 1:12-CV-0676 AWI BAM<br><br>**ORDER VACATING HEARING DATE OF APRIL 1, 2013, AND TAKING MATTER UNDER SUBMISSION AS OF APRIL 15, 2013**<br><br>Doc. # 17 |

      In this action for damages, defendant Clovis Unified School District ("Defendant") has filed a motion to dismiss Plaintiff's claim for relief pursuant to Title VII of the Civil Rights Act of 1964, Section 2000e-2. See Doc. # 8 at 1 (explaining that Plaintiff's Title VII claim was sufficiently stated for screening purposes). The opposition of plaintiff Demetrio A. Quintero ("Plaintiff") was due not later than March 18, 2013, and was not filed as of that date. As a consequence, Plaintiff may not oppose Defendant's motion at oral argument. Local Rule 78-230(b). In addition, the court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

      On March 25, 2013, Plaintiff filed a document titled "Plaintiff's Motion to Extend Time and to Amend Time to Respond . . . ." Doc. # 17. Although Plaintiff's motion requests an extension of two weeks, it is not immediately apparent what deadline is to be extended.

1    For purposes of this order, the court will presume that it was Plaintiff's intent to request an
2    extension of time to file an opposition to Plaintiff's motion to dismiss.  Since the court has
3    determined that the matter is suitable for decision without oral argument, the court will
4    vacate the currently set hearing date for oral argument on Defendant's motion of April 1,
5    2013.  The court will extend the submission date of Defendant's motion two weeks, which
6    means that Plaintiff may file and serve an opposition to Plaintiff's motion anytime *before*
7    Monday, April 15, 2013 at 4:00 p.m.  Defendant shall not file a response unless directed to
8    do so by the court.

10   THEREFORE, in accord with the foregoing it is hereby ordered that the hearing date
11   currently set for oral argument on Defendant's motion to dismiss is VACATED and no party
12   shall appear at that time.  As of April 15, 2013, the court will take the matter under
13   submission and will thereafter issue its decision or order further briefing.

15   IT IS SO ORDERED.

16   Dated:   March 27, 2013
17                                                                          SENIOR DISTRICT JUDGE